DON G. RUSHING *(admitted pro hac vice)*
WILLIAM V. O'CONNOR, JR. *(admitted pro hac vice)*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125
DRushing@mofo.com
WOConnor@mofo.com

CARRIE MCCREA HANLON
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada  89101
Telephone: (702) 383-6000
Facsimile: (702) 477-0088
CHanlon@psh-law.com

Attorneys for Defendant
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REDA A. GINENA, NAHID I. GINENA, AMRE R. GINENA, SABRINA KOBERT, M. MAGDY H. RASIKH, M. SAMIR MANSOUR, AZZA EID, NAZMI M. NAZMI, and HEBA NAZMI,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | Case No.   CV-S-04-1304-RCJ-LRL<br><br>**ALASKA AIRLINES, INC.'S OBJECTION TO THE DECLARATION OF DIANA FAIRECHILD** |

**I.  GENERAL OBJECTION**

Plaintiffs' Opposition to the motion for summary judgment under the Tokyo Convention makes a single reference to the declaration of Diana Fairechild in a footnote on page 15 of their brief.  This alone demonstrates the irrelevance of her opinions offered in support of Plaintiff's Opposition.  Nonetheless, Plaintiffs' submit her 12-page declaration in support of their Opposition without explanation as to how her statements have any bearing on the Court's

determination of Alaska Airlines' motion.  Moreover, Ms. Fairechild is not qualified to offer an expert opinion on the issues presented in the motion and the case in general.  For example, she is not a pilot, she has no security or law enforcement background, and has not flown with an airline since the heightened security requirements following the events of 9/11.  Ms. Fairechild's opinions go beyond her area of expertise and are completely irrelevant to the Court's determination of whether Alaska Airlines' is entitled to Tokyo Convention immunity.

Dated: January 23, 2006        MORRISON & FOERSTER LLP

By:      /s/ Don G. Rushing
Don G. Rushing
William V. O'Connor, Jr.

Attorneys for Defendant
ALASKA AIRLINES, INC.

## **ORDER**

THIS COURT, having considered the objection of Defendant Alaska Airlines to the Declaration of Diana Fairechild, and after having heard the statements of counsel and being fully apprised in the premises, HEREBY ORDERS that Alaska Airlines' Objection to the declaration of Diana Fairechild is sustained and all references to it be stricken from the record.

BY THE COURT:

Dated_____, 2006

_____
Honorable Robert C. Jones
District Judge