sto

**AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****              DISTRICT OF              NEVADA

JUDGMENT IN A CIVIL CASE

Azza Eid, et al,

                                        2:04-CV-01304-RCJ-LRL

    **Plaintiff(s)**,

      V.

Alaska Airlines, INC.,

    **Defendant(s)**,          /

____ **Jury Verdict.** This action came before the jury for a trial by the Court.  The issues have been tried and the jury has rendered it's verdict.

  XX   **Decision by Court.** This action came before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED:** that Judgment is entered on behalf of the defendants and against the plaintiffs.

June 16, 2006                                LANCE S. WILSON
    Date                                                       Clerk

                                                /s/
                                    (By)Deputy Clerk Andrew Mennear