**EXHIBIT 1**

| **PLAINTIFFS' TRIAL EXHIBIT LIST** | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Description** | **Objection** |
| 1. | | | Report of the Reno/Tahoe Police Department, pages 1-16, ASA 001-016 | |
| 2.a. | | | Report on Amre Ginena ASA 023 | |
| 2.b. | | | Report on Heba Bekhit (Nazmi) ASA 024-25 | |
| 2.c. | | | Report on Reda Ginena ASA 026-27 | |
| 2.d. | | | Report on Azza Eid ASA 028 | |
| 2.e. | | | Report on Sabrina Kobert ASA 029 | |
| 2.f. | | | Report on Nazmi Nazmi ASA 030 | |
| 2.g. | | | Report on Magdy Rasikh ASA 031-032 | |
| 3. | | | Cabin Safety Report of Dalee D. Callaway ASA 019-020 and 436 | |
| 4. | | | Flight Irregularity/Hazard Report by Mike Swanigan ASA 041-044. And Narrative ASA 452-454 | |
| 5. | | | Email from Bob Bonjukian ASA 038 | |
| 6. | | | Communication from Prentice to SOC ASA 039-040 including | |

| PLAINTIFFS' TRIAL EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Description** | **Objection** |
| | | | Pavich Report | |
| 7. | | | Pairing Report 9/28/03 ASA 446 | |
| 8. | | | Customer Inflight Disturbance Report form**, Ex. 45 to R. Ginena Deposition** | |
| 9. | | | Cabin Safety Report form ASA 139-140 | |
| 10. | | | Diagram of aircraft ASA 151 | |
| 11. | | | Model of aircraft cabin (under construction) | Objection. Model not disclosed. F.R.C.P. 26, 37. |
| 12. | | | First class seating chart, ASA 437 | |
| 13. | | | Passenger list ASA033-037 | |
| 14. | | | Statement of RNO supervisor ASA 253 | |
| 15. | | | Accident Reports ASA 254 | |
| 16. | | | Operational Issues ASA 257-258 | |
| 17. | | | E-mail Majer to crew 9/30/03 ASA 455 | |
| 18. | | | E-mail Tom Romary, V.P. Marketing to crew ASA 448 | |
| 19. | | | E-mail Jeff Butler to crew ASA 447 | |
| 20. | | | Dispatch to crew ASA 445 | |
| 22. | | | E-mail from Bonjukian to Kelly ASA 259 | |
| 23. | | | E-mails between | |

| PLAINTIFFS' TRIAL EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Description | Objection |
| | | | Denis Mellen and Angela Kelly ASA 260 | |
| 24. | | | Series of e-mails ASA 261-262 | |
| 25. | | | Frank Raymond to FAM ASA 255-256 | |
| 26. | | | E-mail Victoria Jones to Agent Singleton FBI Las Vegas. PL 766-767 | Objection. Hearsay. |
| 27. | | | Memo Bob Moore to F/A's ASA 438 | |
| 28. | | | Chief Pilot Newsletter, ASA 439-441 | |
| 29. | | | Chief Pilot Newsletter, ASA 442-443. 456-458 | |
| 30. | | | Memo Romary, V.P. Marketing to F/As ASA 448 | Objection. Cumulative of Exhibit 18. |
| 31. | | | FAA Training Manual Crew Resource Management | Objection. Hearsay. |
| | | | | |
| 32. | | | FAA Advisory Circular AC 120-48 | Objection. Hearsay. |
| 33. | | | FAA Advisory Circular AC 120-51C | Objection. Hearsay. |
| 34. | | | Alaska Airlines Inflight Training Manual ASA 045-076 | Objection. TSA required these documents to be destroyed. Parties must use redacted |

| **PLAINTIFFS' TRIAL EXHIBIT LIST** | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Description** | **Objection** |
| | | | | version provided by TSA. |
| 35. | | | FAA Advisory Circular 120-65 | Objection. Hearsay. |
| 36. | | | Customer Inflight Disturbance Report Form 9/97 | Objection. Cumulative of Ex. 8. |
| 37. | | | Alaska Airlines Inflight Training Manual ASA 496-501 | |
| 38. | | | National Gas Flight information, Exhibit 40 12/13/05 | |
| 39. | | | Attachment A to Plaintiffs' letter of 11/11/05 being four pages of Ticket copies | |
| 40. | | | Attachment B to Plaintiffs' letter of 11/11/05 being two pages of Ticket copies | |
| 41. | | | Attachment C to Plaintiffs' letter of 11/11/05 being three pages of Ticket copies | |
| 42. | | | Attachment D to Plaintiffs' letter of 11/11/05 being three pages of a credit card invoice | |
| 43. | | | Attachment E to Plaintiffs' letter of | |

| PLAINTIFFS' TRIAL EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Description** | **Objection** |
| | | | 11/11/05 being two of a credit card invoice | |
| 44. | | | Attachment F to Plaintiffs' letter of 11/11/05 being invoice for airline passage | |
| 45. | | | Photograph of some plaintiffs and Officer Beharry taken September 29, 2003 at Reno/Tahoe Airport | |
| 46. | | | General physical layout of Reno/Tahoe Airport terminal, main concourse level, map (submitted as part of the plaintiffs' Rule 26 disclosures) | |
| 47. | | | Alaska Airlines Flight Attendant Manual , ASA 496-501, ASA 570 597 | Objection. ASA 496-501 is cumulative to Ex. 37. |
| 48. | | | Alaska Airlines Flight Operations Manual ASA 502-545, 597-603 | Objection. ASA 597 is cumulative of Ex. 47. |
| 49. | | | Alaska Airlines Security Manual ASA 146, 546 -588. | Objection as to ASA 146. TSA required these documents to be destroyed. Parties must use redacted version provided by TSA. |
| 50. | | | National Gas Company informational | Objection. Hearsay. |

| PLAINTIFFS' TRIAL EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Description | Objection |
| | | | materials (submitted as part of the plaintiffs' Rule 26 disclosures) | |
| 51. | | | Arabia Gaz informational materials (submitted as part of the plaintiffs' Rule 26 disclosures) | Objection. Hearsay. |
| 52. | | | CTIP Oil & Gas informational materials (submitted as part of the plaintiff's Rule 26 disclosures) | Objection. Hearsay. |
| 53. | | | FBI's Manual of Investigative Operations and Guidelines [MIOG] [pending ruling on motions in limine] | Objection. Hearsay. |
| 54. | | | Arabia Gaz business plan PL 1000-1005 | |
| 55. | | | Memo of Eric Singleton 10/7/03 PL 736-738 | |
| 56. | | | Police report, cover page and attachments faxed by Reno/Tahoe Airport Police to FBI | |
| 57. | | | Copy of Mr. Mansour's European and UK visa | Objection. Relevance. There is no evidence tying Mr. Mansour's visa issues with the events that are the subject of this case. |

| PLAINTIFFS' TRIAL EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Description** | **Objection** |
| 58. | | | Copy of Mr. Mansour's prior US visas | Objection. Relevance. There is no evidence tying Mr. Mansour's visa issues with the events that are the subject of this case. |
| 59. | | | Alaska Airlines press release 10/16/2001 | |
| 60. | | | FAA News Release 1/11/2002 | Objection. Hearsay. |
| 61. | | | NGV Journal Pages, Ex. 117, Mansour Deposition | |
| 62. | | | Natural Gas Vehicle Fuel of the Future, Ex. 118, Mansour Deposition | |
| 63. | | | CV of Mark Swint | Objection. Hearsay. |
| 64. | | | CV of Diana Fairechild | Objection. Hearsay. |
| 65 | | | CV of James Wedick | Objection. Hearsay. |
| 66. | | | CV of Edwin Mruk | Objection. Hearsay. |
| 67. | | | FBI Manual of Administrative Operations and Procedures [pending ruling on motions in limine] | Objection. Hearsay. |
| 68. | | | FBI web pages, frequently asked questions [pending ruling on motions in limine] | Objection. Hearsay. |
| 69. | | | Plaintiffs' Rule 34 request, August 18, 2005 | |

| PLAINTIFFS' TRIAL EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Description | Objection |
| 70. | | | Defendant's responses to the Plaintiffs' Rule 34 requests submitted in 2005 | |
| 71. | | | Docket sheet showing events of 2004-2005 | Objection. Relevance. |
| 72. | | | Alaska Airlines Annual Report, 10K 2011 | |
| 73. | | | FBI interview summary, interview with Henry Chen 10/01/03 | Objection. Hearsay. |
| 74. | | | FBI interview summary, interview with David Currie 10/01/03 | Objection. Hearsay. |
| 75. | | | Alaska Airlines Tariff (partial) ASA 080-086, 121 | |
| 76. | | | James Roberts Flight 694 fact gathering and narrative ASA 459-463 | |
| 77. | | | Letter of AUSA Rachow, March 1, 2004 (pending motion in limine) | |

Plaintiffs , by listing the above exhibits, do not waive their right to object to the admission of any of above listed exhibits nor do they waive their right to object to the admission of any exhibit listed by Defendant in its exhibit list.