UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REDA GINENA, et al.,<br><br>                Plaintiffs,<br>    v.<br>ALASKA AIRLINES, INC.,<br><br>                Defendant. | Case No. 2:04-cv-01304-MMD-CWH<br><br>ORDER |

At the calendar call held on January 29, 2013, counsel for Defendant represented that court intervention may be required to resolve objections raised in connection with deposition testimonies that may be offered at trial. Defendant's counsel suggested that this matter may be referred to the Magistrate Judge. Plaintiffs' counsel did not object.

GOOD CAUSE APPEARING, IT IS THEREFORE ORDERED that the parties present any objections to portions of the deposition testimonies that they anticipate will be offered at trial to the Magistrate Judge to resolve.

IT IS FURTHER ORDERED that the parties schedule a hearing with the Magistrate Judge pre-trial to establish the procedures and timeline for submission and resolution of such dispute.

DATED THIS 30th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE