1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * *

9

REDA GINENA, et al.,

Case No. 2:04-cv-01304-MMD-CWH

10

Plaintiffs,

ORDER

11

v.

12

ALASKA AIRLINES, INC.,

13

Defendant.

14      At the calendar call held on January 29, 2013, counsel for Defendant represented

15  that court intervention may be required to resolve objections raised in connection with

16  deposition testimonies that may be offered at trial.  Defendant's counsel suggested that

17  this matter may be referred to the Magistrate Judge.  Plaintiffs' counsel did not object.

18      GOOD CAUSE APPEARING, IT IS THEREFORE ORDERED that the parties

19  present any objections to portions of the deposition testimonies that they anticipate will

20  be offered at trial to the Magistrate Judge to resolve.

21      IT IS FURTHER ORDERED that the parties schedule a hearing with the

22  Magistrate Judge pre-trial to establish the procedures and timeline for submission and

23  resolution of such dispute.

24

25      DATED THIS 30th day of January 2013.

26

_____

27  MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE

28