UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REDA A. GINENA, NAHID I. GINENA, AMRE R. GINENA, SABRINA KOBERT, M. MAGDY H. RASIKH, M. SAMIR MANSOUR, AZZA EID, NAZMI M. NAZMI, and HEBA NAZMI,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | Case No. 2:04-cv-01304-MMD-CWH<br><br>**ADOPTED STATEMENT OF THE CASE**<br><br>Judge: Honorable Miranda M. Du |

This is an action arising out of a September 29, 2003 Alaska Airlines flight from Vancouver, Canada to Las Vegas. Plaintiffs are suing for money damages for defamation of character and a several hour delay of international travel. Plaintiffs are nine foreign nationals who were passengers traveling together in the first class cabin.

Defendant contends that during the flight, some of the plaintiffs interfered with the flight crew by failing to follow crew instructions and engaging the flight attendants in a shouting match. Plaintiffs contend that they were innocent of any wrongdoing, that six of them had no interaction with the flight attendant at all, and that the three who did speak with the flight attendant did not create a disturbance.

The Captain diverted the flight to the nearest airport, the Reno-Tahoe International Airport, and asked that the passengers allegedly involved in the disturbance be arrested. Plaintiffs were not arrested, and continued on to Las Vegas on

another airline. Alaska Airlines reported the incident to federal officials. Plaintiffs were later interviewed by federal officials at their hotel in Las Vegas.

Plaintiffs contend that the flight should not have been diverted and that the actions of the Captain and flight attendants were not reasonable. Plaintiffs also contend that certain communications made by Alaska Airlines employees after the September 29, 2003 flight were defamatory. Alaska Airlines contends that the actions of its flight crew and employees were reasonable and that any communications about plaintiffs were not defamatory.

Plaintiffs contend they have suffered damages. Alaska Airlines denies any liability in this case.

DATED THIS 12th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2