GINENA VS. ALASKA AIRLINES
2:04-CV-1304-MMD-CWH
February 25, 2013
Page two

Ms. Adler examine the witness The witness is excused.

**Mark Stephen Swint** is sworn to testify on behalf of Plaintiff. Mr. Gaynor examines the witness.

Proceedings recess from 10:45 AM to 11:00 AM. The jury is present.

**Mark Stephen Swint** resumes the witness stand. Mr. Gaynor examines the witness. The witness is qualified as an expert witness.

Proceedings recess from 12:01 PM to 1:12 PM. The jury is not present.

The Court admits Plaintiff's exhibit 36 but will not admit 55 at this time.

The jury enters at 1:22 PM.

**Mark Stephen Swint** resumes the witness stand. Mr. O'Connor examines the witness. Defendants' exhibits 533 and 524 are marked and admitted. Mr. Gaynor and Mr. O'Connor examine the witness. The witness is excused.

Proceedings recess from 2:45 PM to 3:00 PM. The jury is present.

**Azza Eid** is sworn to testify as a witness. Mr. Lichtenstein and Ms. Adler examine the witness. Defendants' exhibit 555 is marked and admitted. Mr. Lichtenstein and Ms. Adler examine the witness. The witness is excused.

Video deposition f **David Pearce** is played.

The Court admonishes the jury. IT IS ORDERED: the jury trial is continued to February 26, 2013 at 8:30 AM.

Proceedings recess at 5:02 PM.

                                                   **LANCE S. WILSON, CLERK**
                                                   **UNITED STATES DISTRICT COURT**

                                                   /s/ Peggie Vannozzi

]                                                DEPUTY CLERK