1

2

3                    UNITED STATES DISTRICT COURT

4                        DISTRICT OF NEVADA

5  | REDA A. GINENA, NAHID I. GINENA, | Case No. CV-S-04-1304-MMD-CWH

AMRE R. GINENA, SABRINA KOBERT,

6  | M.  MAGDY H. RASIKH, M. SAMIR | **JUDGMENT ON JURY VERDICT**

MANSOUR, AZZA EID, NAZMI M. NAZMI,

7  | and HEBA NAZMI,

8              Plaintiffs,

9        v.

10 | ALASKA AIRLINES, INC., | Judge:  Honorable Larry R. Hicks

11            Defendant.

12

13         This action came before the Court for a trial by jury.  The issues have been tried and the

14 jury has rendered its verdict.

15         IT IS ORDERED AND ADJUDGED: that Judgment is entered on behalf of Defendant

16 Alaska Airlines, Inc. and against the plaintiffs.

17

18 DATED: this 8th day of March, 2013.

19

20                                    _____

21                                    HONORABLE LARRY R. HICKS
                                     UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

                                     1